AUSA Kelly Norris

AO 91 (Rev. 11/11) Criminal Complaint (modified by USAO for telephone or other reliable electronic means)

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Shaheed Deshawn RUSSELL<br><br>Defendant(s) | Case No. 2:23-mj-328 |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **May 25, 2023** in the county of **Franklin** in the **Southern** District of **Ohio**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
SEE ATTACHED

☑ Continued on the attached sheet.

*Emanuel Woods*
Complainant's signature

E. Woods  ATF TFO
Printed name and title

Sworn to before me and signed in my presence.

Date: May 26, 2023

*Elizabeth Preston Deavers*
Judge's signature

City and state: ~~Columbus, Ohio~~ Newark, Ohio

Magistrate Judge Elizabeth Preston Deavers
Printed name and title

**PROBABLE CAUSE AFFIDAVIT**
**Shaheed Deshawn RUSSELL**

I, Emanuel Woods, being duly sworn, depose and state that:

1. I have been an Officer with the Columbus Division of Police (CPD) since 2012. I have been assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Task Force Officer (TFO) since 2021. As a result of my training and experience, I am familiar with state and federal laws pertaining to firearms and narcotics violations, among other offenses.

2. This affidavit is being submitted in support of an application for a criminal complaint against Shaheed Deshawn RUSSELL (hereinafter referred to as RUSSELL) for being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

3. The facts set forth within this affidavit come from the Affiant's own personal involvement with the investigation, as well as information provided by other law enforcement officers and reports. The information outlined below does not contain all details or all facts of which I am aware relating to this investigation, but rather is provided for the limited purpose of establishing probable cause that RUSSELL committed this offense.

4. On or about May 25, 2023, from approximately 8:07pm to 9:04pm, RUSSELL was operating a black Dodge Dart 4 door bearing Ohio tag KAL-7956. After Columbus Division of Police (CPD) Officers attempted to conduct a traffic stop for a traffic violation, RUSSELL actively fled. He did so after receiving multiple signals from CPD Officers and Deputies from the Franklin County Sheriff's Office, consisting of visible emergency lights on the top of their cars and audible siren alerts.

5. During this hour-long period of time, RUSSELL drove left of center into oncoming traffic multiple times, forcing multiple vehicles to take evasive action. RUSSELL drove through multiple traffic signals and stop signs at intersections and drove through residential neighborhoods across the North and East sides of Columbus, Ohio.

6. RUSSELL drove through yards, school lots and playgrounds while fleeing from Officers. RUSSELL's actions while operating the Dodge created a substantial risk of serious physical harm to all citizens of Columbus on his path of travel.

7. A CPD helicopter that was also following RUSSELL advised Officers that RUSSELL pitched something in a roundabout near Bradington Court. Your Affiant knows that RUSSELL's listed address is 4845 Bradington Court, Columbus, Ohio 43229. CPD Detective Kirk drove to the area where the CPD helicopter observed RUSSELL pitch something out the window and recovered a loaded firearm in the grass of 4845 Bradington Court. Your Affiant also responded and took photographs of the firearm. The firearm recovered was a Glock 33, .357 semi-automatic pistol, loaded with 15 live rounds in the magazine and 1 live round in the chamber.

**PROBABLE CAUSE AFFIDAVIT**
**Shaheed Deshawn RUSSELL**

8. CPD Officers were able to successfully PIT (Precision Immobilization Technique) RUSSELL's vehicle, which came to a stop. RUSSELL was taken into custody without further incident.

9. RUSSELL was taken to CPD Headquarters and interviewed by your Affiant, CPD Detective Kirk and CPD Officer Shalek. RUSSELL was read his Constitutional Rights, which he acknowledged that he understood. RUSSELL waived those rights and agreed to speak with the law enforcement officers. RUSSELL stated that he fled because he feared the police. Your Affiant asked RUSSELL his reasoning for fear of police and RUSSELL replied, "I don't know." During the interview, RUSSELL admitted that he threw a firearm out of his vehicle while fleeing from the police earlier in the night.

10. TFO Hill conducted a query of both the Franklin County, Ohio Court of Common Pleas and the Franklin County, Ohio Municipal Court websites. TFO Hill found that on or about June 30, 2021, in the Court of Common Pleas, RUSSELL entered a plea of guilty to Attempted Burglary, a Felony of the 3rd degree (Case No. 20CR1100), and Carrying a Concealed Weapon, a Felony of the 4th degree (Case No. 20CR38).

11. RUSSELL has a prior conviction in the Southern District of Ohio for being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a). On or about June 29, 2022, United States District Judge Morrison sentenced RUSSELL to 24 months in the Bureau of Prisons and two (2) years of supervised release (Case No. 2:21-CR-169). RUSSELL was on supervised release at the time of the instant offense.

12. Your Affiant confirmed via ATF resources that the aforementioned firearm recovered on or about May 25, 2023, was not manufactured in the State of Ohio and therefore had previously traveled in interstate commerce to reach the State of Ohio.

13. The instant offense occurred in Franklin County, Ohio, in the Southern District of Ohio.

**PROBABLE CAUSE AFFIDAVIT**
**Shaheed Deshawn RUSSELL**

14. Based on this information, your Affiant believes probable cause exists that RUSSELL, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Glock 33, .357 caliber semi-automatic pistol, and the firearm was in and affecting interstate commerce, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

*Emanuel Woods*
ATF TFO Emanuel Woods

Sworn to and subscribed before me on May 26, 2023, in Newark, Ohio.

**ELIZABETH PRESTON DEAVERS**
**U.S. MAGISTRATE JUDGE**